# Third District Court of Appeal

## State of Florida

Opinion filed January 26, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0874
Lower Tribunal No. F05-5530D
_____

**Jesus Enrique Perez,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, William Altfield, Judge.

Jesus Enrique Perez, in proper person.

Ashley Moody, Attorney General, and Linda Katz, Assistant Attorney General, for appellee.

Before EMAS, LINDSEY, and GORDO, JJ.

PER CURIAM.

Defendant Jesus Enrique Perez appeals the trial court's order denying his motion to correct an illegal sentence. Finding no reversible error, we affirm. See Carter v. State, 786 So. 2d 1173, 1181 (Fla. 2001) ("[A] sentence is 'illegal' if it 'imposes a kind of punishment that no judge under the entire body of sentencing statutes could possibly inflict under any set of factual circumstances[.]'" (citation omitted)).

Affirmed.